UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| NORTHEAST PATIENTS GROUP, *et al.*,<br><br>    Plaintiffs<br><br>        v.<br><br>MAINE DEPARTMENT OF ADMINISTRATIVE AND FINANCIAL SERVICES, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 1:20-cv-00468-NT |

### **DEFENDANTS' NOTICE OF APPEAL**

Please take notice that Kirsten Figueroa, in her official capacity as Commissioner of Maine Department of Administrative and Financial Services, hereby appeals to the United States Court of Appeals for the First Circuit from the portion of the Court's "Order on Cross-Motions for Judgment" dated August 11, 2021 (ECF 26) granting in part Plaintiffs' Motion for Judgment on the Stipulated Record against Commissioner Figueroa and from the portion of the "Judgment" dated August 13, 2021 (ECF 28) entering judgment for Plaintiffs "against Defendant Kirsten Figueroa, enjoining the Commissioner from enforcing the Dispensary Residency Requirement."

Dated:  September 22, 2021               Respectfully Submitted,

AARON M. FREY
Attorney General

/s/ Paul Suitter
CHRISTOPHER C. TAUB, Chief Dep. A.G.
Maine Bar No. 8416
THOMAS A. KNOWLTON, Dep. A.G.
Maine Bar No. 7907
DEANNA WHITE, Asst. A.G.
Maine Bar No. 3323
PAUL E. SUITTER, Asst. A.G.
Maine Bar No. 5736
6 State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Attorneys for Defendant Maine Department
of Administrative and Financial Services
and Kirsten Figueroa, Commissioner.

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 22nd day of September, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:


MATTHEW S. WARNER
mwarner@preti.com

JONATHAN G. MERMIN
jmermin@preti.com

ALEXANDRA A. HARRIMAN
aharriman@preti.com

JAMES G. MONTELEONE
jmonteleone@bernsteinshur.com


/s/ Paul E. Suitter
Paul E. Suitter
Assistant Attorney General
Six State House Station
Augusta, Maine 04333-0006
Tel.  (207) 626-8800