UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| NORTHEAST PATIENTS GROUP, et al., <br><br> Plaintiffs <br><br> v. <br><br> MAINE DEPARTMENT OF ADMINISTRATIVE AND FINANCIAL SERVICES, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-00468-NT |

**DEFENDANTS' RESPONSE TO
INTERVENORS' MOTION FOR STAY PENDING APPEAL**

On August 11, 2021, this Court enjoined Defendant Figueroa "from enforcing the Dispensary Residency Requirement" at issue in this litigation. (ECF 26 at 13). Subsequently, Intervenors and Defendant Figueroa have appealed the Court's decision to the United States Court of Appeals for the First Circuit. (ECF 29, 34). Intervenors also moved to stay the Court's injunction pending appeal on September 13, 2021. (ECF 33).

Currently, Maine statute permits only Maine residents to own and operate medical marijuana dispensaries. *See, e.g.*, 22 M.R.S. § 2428(6)(H). If the Court's injunction is not stayed, Defendant Figueroa will be required to process and approve non-resident applications for licenses to own medical marijuana dispensaries in Maine.

In the event that the First Circuit reverses this Court's decision, Maine will be left with a patchwork of medical marijuana dispensaries, some in compliance with state statute and others not. It is not clear how Defendants Figueroa and the Maine Department of Administrative and Financial Services would then address the non-compliant dispensaries that may already be engaged in active operations in the state in reliance on defendants' prior approval of their applications. It

is likely, though, that whatever actions Defendants take will result in turmoil for both non-resident dispensaries and their patient-customers. For this reason, Defendant Figueroa joins in requesting the relief sought by Intervenors in their Motion for Stay Pending Appeal.

DATED:  October 4, 2021                   Respectfully submitted,

                                          AARON M. FREY
                                          Attorney General

                                          /s/ _Paul Suitter____
                                          CHRISTOPHER C. TAUB, Chief Dep. A.G.
                                          Maine Bar No. 8416
                                          THOMAS A. KNOWLTON, Dep. A.G.
                                          Maine Bar No. 7907
                                          DEANNA WHITE, Asst. A.G.
                                          Maine Bar No. 3323
                                          PAUL E. SUITTER, Asst. A.G.
                                          Maine Bar No. 5736
                                          6 State House Station
                                          Augusta, Maine 04333-0006
                                          Tel.  (207) 626-8800
                                          Attorneys for Defendant Maine Department
                                          of Administrative and Financial Services
                                          and Kirsten Figueroa, Commissioner

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 4th day of October 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

MATTHEW S. WARNER
mwarner@preti.com

JONATHAN G. MERMIN
jmermin@preti.com

ALEXANDRA A. HARRIMAN
aharriman@preti.com

JAMES G. MONTELEONE
jmonteleone@bernsteinshur.com

    /s/ Paul Suitter
    Paul Suitter
    Assistant Attorney General